# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

149440 & (46)(47)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re Application of INTERNATIONAL
TRANSMISSION COMPANY for Expedited
Siting Certificate.
_____/

ARLIE D. MURDOCK REVOCABLE LIVING
TRUST,
      Intervenor-Appellant,


v

MICHIGAN PUBLIC SERVICE COMMISSION,
      Appellee,

and

INTERNATIONAL TRANSMISSION
COMPANY, d/b/a ITC TRANSMISSION,
      Petitioner-Appellee
_____/

SC: 149440
COA: 317798
PSC: 00-016200

      On order of the Court, the motion for expedited consideration of the motion for stay is GRANTED. The application for leave to appeal the March 13, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014                

p0721                                             Clerk